August 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ELIJAH BUFFINGTON, Appellant

NO. 14-11-00588-CV                              V.

GLEN MICHAEL SHARP, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, GLEN MICHAEL SHARP, signed May 31, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. We order appellee, GLEN MICHAEL SHARP, to pay all costs incurred in this appeal. We further order this decision certified below for observance.